Arthur W. Perry, Appellant, v. Jane Ordway, Respondent.— Judgment unanimously affirmed, with costs.

The People of the State of New York ex rel. John Dunphy and Others, Appellants, v. Abram H. Wiggins, as Supervisor of the Town of Canton, Respondent. — Motion denied. Kellogg, J., not voting.

May E. Rook, Respondent, v. Louis E. Rook, Appellant. (No. 1.)— Motion denied upon authority of *Porter* v. *International Bridge Co.* (163 N. Y. 79).

May E. Rook, Respondent, v. Louis E. Rook, Appellant. (No. 2.)— Motion denied upon authority of *Porter* v. *International Bridge Co.* (163 N. Y. 79).

Jennie E. Smith, Respondent, v. The Ulster and Delaware Railroad Company, Appellant.— Judgment and order reversed and new trial granted, with costs to appellant to abide event, unless the plaintiff stipulates to reduce the amount of her verdict to the sum of $2,000, and if such stipulation is filed, judgment and order affirmed, without costs. All concurred, except Kellogg, J., who voted for reversal.

Earl V. Servoss, Respondent, v. City of Amsterdam, Appellant.— Judgment affirmed, with costs. All concurred.

Ada E. Sweet, Appellant, v. The Village of Sidney, Respondent.— Motion denied.

Lizzie Turnbull and Spencer Billington, as Administrators, etc., of Peter Turnbull, Deceased, Respondents, v. George H. Turnbull, Appellant.— Judgment and order unanimously affirmed, with costs.

United States Trust Company of New York, as Trustee, etc., of the Will of John J. Van Nostrand, Deceased, Respondent, v. Louisa B. Van Nostrand, Individually and as Trustee, etc., of the Will of John J. Van Nostrand, Deceased, and as Executrix, etc., of John H. Van Nostrand, the Younger, Deceased, Respondent, Impleaded with Fanny Van Nostrand Ramsdell, Individually, as Executrix, etc., of John J. Van Nostrand, Deceased, as Trustee, etc., of Said Will, and as Executrix, etc., of Sarah M. Marvin, Deceased, and Others, Appellants, and James A. P. Ramsdell, Defendant.— Judgment unanimously affirmed, with costs.

Susie L. Van Alstine and Diar Baker, as Administrators, etc., of Orson A. Van Alstine, Deceased, Respondents, v. Standard Light, Heat and Power Company of Unadilla, New York, Appellant.— Judgment and order unanimously affirmed, with costs.

Charles A. Worden, Respondent, v. Louis Dufresne, Appellant.— Judgment and order unanimously affirmed, with costs.

John Barkley v. Frederick W. Herbert.— Motion granted, with ten dollars costs, unless appellant within ten days from the service of a copy of this order and notice of entry thereof, pays to the respondent the costs of this motion, upon the payment of which the motion is denied and the appellant has leave to apply to the Special Term for such relief as he may be advised, without prejudice to the pending application.

The City of Troy, Appellant, v. United Traction Company, Respondent.— Judgment unanimously affirmed, with costs.

Mabel Cole, Respondent, v. John Tozer, Appellant.— Motion denied.